JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE "K"
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GINI M. GALEANO, GINI GALEANO,<br><br>　　　　　Defendant | No. CV A 12-6108<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Gini M. Galeano, Gini Galeano, in the principal amount of $2,616.88 plus interest accrued to July 11, 2012, in the sum of $3,719.62; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$6,336.50**.

DATED: 10/25/2012　　　　　　By:　TERRY NAFISI
　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　L. RAYFORD
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　United States District Court